IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>LENISE RENE ACEVEDO, )<br> )<br>    Defendant. )<br>_____) | Case No.  CR06-131-C-EJL<br><br>ORDER |

      Pending before the Court in the above entitled matter is another motion by the Defendant for a continuance in this matter. The motion seeks to continue the current plea hearing in light of Defendant's medical complications making it impossible for Ms. Acevedo to attend the hearing. The motion seeks a thirty-day continuance and is supported by a declaration of counsel. The Defendant is charged with one count of conspiracy to distribute methamphetamine and one count of distribution of methamphetamine. The plea hearing is currently set for November 8, 2006.

      The Court finds the ends of justice served by granting a continuance in this case outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(B)(iv). Upon the declaration of counsel, it does not appear the Defendant is able to attend the plea hearing in light of her current medical condition. Accordingly, the Court **HEREBY GRANTS** the motion

to continue (Dkt. No. 20) and **RESETS** the plea hearing for **Thursday, December 7, 2006 at 8:30 a.m.** in Coeur d'Alene, Idaho. Any and all period of delay resulting from this continuance, from the date of the filing of the Defendant's motion until the rescheduled trial date, shall be excludable time pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).

IT IS FURTHER ORDERED that counsel shall submit a proposed order as required by the Local Rules of this District. The Court has previously instructed counsel to file such proposed orders, continued failure to file proposed orders is in violation of the rules of this Court and will not be tolerated.

**IT IS SO ORDERED**.

DATED: **November 6, 2006**

Honorable Edward J. Lodge
U. S. District Judge